UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-558-MOC
(3:12-cr-13-MOC-DCK-3)

| | |
|---|---|
| TIMOTHY JAMES DONAHUE, | )<br>) |
| Petitioner, | )<br>) |
| vs. | )     ORDER OF INSTRUCTIONS<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| Respondent. | )<br>) |

**THIS MATTER** is before the Court on Petitioner's *pro se* Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255, (Doc. No. 1).

In its Order disposing of Petitioner's § 2255 Motion to Vacate, the Court has taken judicial notice of the "as given" jury instructions that are part of the Court's file, although they were never electronically docketed in CM-ECF in the criminal case. The Clerk of Court is hereby directed to make this document a part of the record in the instant case. It is thereupon

**ORDERED AND ADJUDGED** that the Clerk of Court shall cause the attached document to be made a part of the record in the instant case.

Signed: April 9, 2019

Max O. Cogburn Jr.
United States District Judge